944 A.2d 78

**In re NOMINATION PETITION OF Dennis MORRISON-WESLEY as Candidate for The Democratic Nomination for State Treasurer In the Primary Election of April 22, 2008,**

**Appeal of John D. Lisko.**

Supreme Court of Pennsylvania.

Submitted on Briefs March 28, 2008.

Decided April 8, 2008.

Gregory M. Harvey, Montgomery, McCracken, Walker & Rhoades, L.L.P., Philadelphia, for John D. Lisko, appellant.

Marc Stephen Bragg, West Chester, for Dennis Morrison-Wesley, appellee.

Louis Lawrence Boyle, PA Dept. of State - Office of Gen. Counsel, for Bureau of Commissions, Elections and Legislation, participants.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of April, 2008, the Order of the Commonwealth Court is **AFFIRMED.**